■ In the Matter of LEMUEL SMITH, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [5 NYS3d 922]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating three prison disciplinary rules. The Attorney General has advised this Court that the determination at issue has now been

administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter must be dismissed as moot (*see Matter of Ramos v Department of Corr. & Community Supervision*, 123 AD3d 1215, 1216 [2014]).

McCarthy, J.P., Garry, Egan Jr. and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.